# **EXHIBIT F**

CAUSE NO. 2021CVA002132D1

| | | |
|---|---|---|
| ANA DELIA ARRIAGA, INDIVIDUALLY AND AS RESPRESENTATIVE OF THE ESTATE OF XITLALI MORENO, DECEASED,<br> *Plaintiff,*<br><br>V.<br><br>LAREDO WASTE MANAGEMENT, LLC, JOSE DE JESUS SOLORZANO LOPEZ , NISSAN NORTH AMERICA, INC., FAMILY NISSAN OF LAREDO, LTD. (FAMILY NISSAN)<br><br> *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br><br><br><br>OF WEBB COUNTY, TEXAS<br><br><br><br><br><br>49TH JUDICIAL DISTRICT |

**DEFENDANT FAMILY NISSAN OF LAREDO, LTD.'S (FAMILY NISSAN) ORIGINAL ANSWER AND REQUEST FOR DISCLOSURE**

TO THE HONORABLE COURT:

 Defendant Family Nissan of Laredo, Ltd.'s (Family Nissan), hereby files its Original Answer and Request for Disclosure, and would show the Court as follows:

### GENERAL DENIAL

 1. Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant hereby generally denies each and every material allegation contained in Plaintiff's Original Petition and any subsequent amendments thereto, and demands strict proof thereof.

### REQUIRED DISCLOSURES

 2. Pursuant to Rule 190 and 194 of the Texas Rules of Civil Procedure, Plaintiff is required to disclose, within 30 days of the filing of this answer, the information and materials described in Rule 194.1 and 194.2.

### JURY DEMAND

 3. Defendant respectfully demands a trial by jury.

## PRAYER

4.      Defendant prays that the Court render judgment that Plaintiff take nothing by this suit and for all other relief to which Defendant may be entitled in law or equity.

Respectfully submitted,

**VALDEZ & TREVIÑO ATTORNEYS AT LAW, P.C.**
Callaghan Tower
8023 Vantage Dr., Suite 700
San Antonio, Texas 78230
Phone: 210–598–8686
Fax: 210–598–8797


*Adán A. González, III*
**Robert E. Valdez**
State Bar No. 20428100
revaldez@valdeztrevino.com
**Adán A. González, III**
State Bar No. 08122350
agonzalez@valdeztrevino.com
*Counsel for Defendant Family Nissan of Laredo, Ltd. (Family Nissan)*

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing instrument was served on the following counsel this 23rd day of March, 2022, pursuant to Rule 21a, Texas Rules of Civil Procedure, via electronic service:

Brett Anthony
Adam Anthony
Douglas P. Peterson
**ANTHONY PETERSON, LLP**
500 North Water Street, Suite 1000
Corpus Christi, Texas 78401
*Attorneys for Plaintiff*

And

Ed Chapa
**BONILLA & CHAPA, P.C.**
PO Box 5488
Corpus Christi, Texas 78465
*Attorneys for Plaintiff*

Larry J. Goldman
Vincent P. Vasquez
**GOLDMAN& PETERSON, PLLC**
10100 Reunion Place, Suite 800
San Antonio, Texas 78216
*Attorneys for Defendants Jose De Jesus Solorzano Lopez and Laredo Wast Management, LLC*

G. Sonnier
**GERMER PLLC**
E. 211 7th St., Suite 620
Austin, Texas 78701
*Attorney for Nissan North America, Inc.*

                                                 *Adán A. González, III*
                                                 **Adán A. González, III**