# **EXHIBIT H**

H:\ljg\27001591\Pleadings\2022-04-14 Order on Mtn for Partial Nonsuit with Prejudice.docx
03/08/22 – LJG/dt

## CAUSE NO. 2021CVA002132D1

| | | |
|---|---|---|
| **ANA DELIA ARRIAGA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF XITLALI MORENO, DECEASED,** *Plaintiff,* | § § § § § § | **IN THE DISTRICT COURT** |
| **v.** | § § § | **49TH JUDICIAL DISTRICT** |
| **LAREDO WASTE MANAGEMENT, LLC AND JOSE DE JESUS SOLORZANO LOPEZ,** *Defendants.* | § § § § | **WEBB COUNTY, TEXAS** |

### PLAINTIFF'S ORDER OF PARTIAL NONSUIT WITH PREJUDICE AS TO LAREDO WASTE MANAGEMENT, LLC AND JOSE DE JESUS SOLORZANO LOPEZ

On this _____ day of _____, 2022, came on to be heard Plaintiff, ANA DELIA ARRIAGA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF XITLALI MORENO, DECEASED's Motion for Nonsuit with Prejudice as to Defendants, LAREDO WASTE MANAGEMENT, LLC AND JOSE DE JESUS SOLORZANO LOPEZ, only, in the above-entitled and numbered cause, seeking partial nonsuit of said cause with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered cause be, and the same is, partially nonsuited as to Defendants, LAREDO WASTE MANAGEMENT, LLC AND JOSE DE JESUS SOLORZANO LOPEZ, only, with prejudice to the rights of Plaintiff, ANA DELIA ARRIAGA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF XITLALI MORENO, DECEASED, to refile same or any part thereof against Defendant, LAREDO WASTE MANAGEMENT, LLC AND JOSE DE JESUS SOLORZANO LOPEZ, only. All costs of Court are taxed against the party incurring same.

SIGNED this 15th day of April, 2022.

_____
PRESIDING JUDGE

2

APPROVED:

**THE ANTHONY LAW FIRM, L.L.P.**

_____
Adam Anthony
State Bar No. 24087109
Brett Anthony
State Bar No. 00793272
500 North Water Street, Suite 1000
Corpus Christi, Texas 78401
Telephone: (361) 687-1000
Facsimile: (361) 687-1010
E-Mail: adam@theanthonyfirm.com
E-mail: brett@theanthonyfirm.com

AND

BONILLA & CHAPA, P.C.
Mr. Ed Chapa
State Bar No. 04113900
P.O. Box 5488
Corpus Christi, Texas 78465-5488
Telephone: (361) 881-1000
Facsimile: (361) 881-1028
E-Mail: edchapa@bonillachapalaw.com

ATTORNEYS FOR PLAINTIFF,
ANA DELIA ARRIAGA INDIVIDUALLY AND AS
REPRESENTATIVE OF THE ESTATE OF
XITLALI MORENO, DECEASED

3

GOLDMAN & PETERSON, PLLC
10100 Reunion Place, Suite 800
San Antonio, Texas 78216
Telephone:     (210) 340-9800
Facsimile:      (210) 340-9888
*E-Mail:        mail@ljglaw.com
*service by e-mail to this address only


By: _____
       LARRY J. GOLDMAN
       State Bar No. 08093450
       E-Mail: Larry@LJGLAW.com
       VINCENT P. VASQUEZ
       State Bar No. 24066237
       E-Mail: Vincent@LJGLAW.com

ATTORNEYS FOR DEFENDANTS,
LAREDO WASTE MANAGEMENT, LLC AND
JOSE DE JESUS SOLORZANO LOPEZ

4

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Diana Tovar on behalf of Larry Goldman
Bar No. 8093450
diana@ljglaw.com
Envelope ID: 63589545
Status as of 4/14/2022 2:31 PM CST

Associated Case Party: ANA DELIA ARRIAGA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF XITLALI MORENO, DECEASED

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Adam Anthony | | adam@theanthonyfirm.com | 4/14/2022 2:23:26 PM | SENT |
| Brett Anthony | | brett@theanthonyfirm.com | 4/14/2022 2:23:26 PM | SENT |
| Ed Chapa | | edchapa@bonillachapalaw.com | 4/14/2022 2:23:26 PM | SENT |

Associated Case Party: NISSAN NORTH AMERICA, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Chris Pearson | 15690440 | cpearson@germer-austin.com | 4/14/2022 2:23:26 PM | SENT |
| George Robert Sonnier | 18847400 | rsonnier@germer-austin.com | 4/14/2022 2:23:26 PM | SENT |
| Ian Lancaster | 24097964 | ilancaster@germer-austin.com | 4/14/2022 2:23:26 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Carla McMahon | | cmcmahon@germer-austin.com | 4/14/2022 2:23:26 PM | SENT |
| Norma Rios | | normarios@bonillachapalaw.com | 4/14/2022 2:23:26 PM | SENT |
| Desda Barrera | | desda@theanthonyfirm.com | 4/14/2022 2:23:26 PM | SENT |

Associated Case Party: FAMILY NISSAN OF LAREDO, LTD. (FAMILY NISSAN)

| Name |
| --- |
| Dave Coronado |
| Robert E.Valdez |
| Adan A.Gonzalez, III |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Diana Tovar on behalf of Larry Goldman
Bar No. 8093450
diana@ljglaw.com
Envelope ID: 63589545
Status as of 4/14/2022 2:31 PM CST

Associated Case Party: FAMILY NISSAN OF LAREDO, LTD. (FAMILY NISSAN)

| Laura Bruns | | lbruns@valdeztrevino.com | 4/14/2022 2:23:26 PM | SENT |